TO:     The Clerk of the Court of Appeals for the First Supreme Judicial District

Cause Number 15-CCV-054652

Wilmington Trust NA Successor Trustee for the Merrill )(   County Court at Law 1
Lynch Mortgage Investor Trust Series 2006-HE5   )(

  )(

VS   )(

  )(

Marcy Lerch and/or All Occupants of 939 Darst Rd,   )(
Beasley, Texas 77417   )(   FORT BEND COUNTY, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/3/2015 3:21:33 PM
CHRISTOPHER A. PRINE
Clerk

JUDGE PRESIDING:  Christopher G Morales

COURT REPORTER:  Stephanie A Webb

COUNSEL FOR APPELLANT:  Diogu Kalu Diogu II

    ADDRESS:  Attorney At Law
              PO Box 994
              Fulshear TX 77441

    TELEPHONE NO:  713-791-3225

COUNSEL FOR APPELLEE:  Travis H Gray

    ADDRESS:  Jack O'Boyle & Associates
              PO Box 815369
              Dallas TX 75381

    TELEPHONE NO: 972-247-0653

TYPE AND DATE OF DISPOSITION: Final Judgment signed April 21, 2015

JURY TRIAL:  No

APPEALS CONSOLIDATED UNDER THIS CASE:

COMPANION CASES:

NOTICE OF APPEAL FILED ON:  06/02/2015

MOTION FOR NEW TRIAL FILED:

MOTION TO MODIFY JUDGMENT FILED:

MOTION TO REINSTATE FILED:

REQUEST FOR FINDINGS AND CONCLUSIONS FILED:

                          LAURA RICHARD, COUNTY CLERK
                          FORT BEND COUNTY, TEXAS

                          By _____
                                Michael V. Coco, Deputy

Electronically Filed
6/2/2015 2:36:20 AM
Laura Richard
County Clerk
Fort Bend County, Texas

**CASE NUMBER: 15-CCV-054652**

| | | |
|---|---|---|
| WILMINGTON TRUST NA | § | IN THE COUNTY COURT |
| SUCCESSOR TRUSTEE FOR THE | § | |
| MERRILL LYNCH MORTGAGE | § | |
| INVESTOR TRUST SERIES 2006-HE5, | § | |
| PLAINTIFF | § | |
| | § | |
| V. | § | AL LAW NUMBER ONE (1) |
| | § | |
| MARCY LERCH, ET-AL, | § | FORT BEND COUNTY, TEXAS |
| DEFENDANTS | | |

## NOTICE OF APPEAL

Notice is hereby given that the Defendant, **MARCY LERCH, ET-AL,**, Appeals from the Final Judgment signed on April 21st, 2015 and the Order denying Defendant's *Motion to Stay and Reconsideration,* and all adverse interlocutory rulings that merged into the judgment.

The Final Judgment and all orders were signed **in the above numbered Cause number** in the County Court at Law Number One (1), Fort Bend County, Texas. The appeal will be to the Fourteenth Court of Appeals. Respectfully submitted,

By:*/s/ Diogu Kalu Diogu II, LL.M*
Diogu Kalu Diogu II, LL.M.
State Bar No. 24000340
P. O. Box 994
Fulshear, Texas 77441
Phone (713) 791 3225
Fax (832) 408 7611
diogu.diogu.law.firm@gmail.com

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on June 01st, 2015

_/s/Diogu Kalu Diogu II, LL.M_
Diogu Kalu Diogu II, L.M